Gregory T. Highnote (#144627)
Bankruptcy Legal Group
501 W. Broadway, Ste. 510
San Diego, CA 92101

Phone: (619) 233-4415
Fax:   (619) 233-4428
greg@bankruptcysd.com

Attorney for Debtors,
JAMES & NORMA CALWELL

**UNITED STATES BANKRUPTCY COURT,**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>JAMES & NORMA CALWELL,<br><br>　　　　Debtors.<br>_____<br>US BANK, et al,<br><br>　　　　Movant,<br><br>vs.<br><br>JAMES & NORMA CALWELL; and DAVID L. SKELTON, Trustee,<br><br>　　　　Respondents.<br>_____ | Case No.: 15-06028-LT13<br><br>RFS No: AT-1<br><br>**DECLARATION OF JAMES CALWELL IN OPPOSITION TO MOTION FOR RELIEF FROM STAY**<br><br>DATE: September 20, 2018<br>TIME: 10:00 am<br>DEPT: 3 |

I, JAMES CALWELL, declare as follows:

1.　I am a Chapter 13 debtor in the above-referenced Chapter 13 bankruptcy case, along with my wife, NORMA CALWELL.

2.　I have personal knowledge of the facts stated herein and if called as a witnesses I could and would testify competently.

3.　This Declaration is in Opposition to the Motion for

Relief from Stay filed by US BANK.

4. We fell behind in our post-petition mortgage payments as a result of loan modification negotiations that always seemed to be one-more-step away from success. Now we have drawn ourselves to the rocks with a large default. We are negotiating a refinance that should pay off US BANK. This should all come together simultaneous with our discharge which should be in the next approximately 60 days. Accordingly, we respectfully request for a drop-dead date for relief from stay as of the date of discharge.

5. We have no objection to attorneys fees of $625.00 per the default schedule we signed in our case to be paid to our attorneys for opposing this motion.

6. Accordingly, we respectfully request that the Court make an Adequate Protection Order allowing us to catch up on our missed payments and save our home.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at San Diego, California.

DATED: September 10, 2018        By: /S/ JAMES CALWELL,
                                                           JAMES CALWELL, Debtor