# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JAMES A & NORMA O. DAVIDSON CALWELL |
| **Case Number:** | 15-06028-LT13  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 20, 2018 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA ZUCCONI |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # AT-1 FILED ON BEHALF OF US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES III TRUST

### Appearances:

GREGORY HIGHNOTE, ATTORNEY FOR JAMES A CALWELL, NORMA O. DAVIDSON CALWELL
RUSSEL LITTLE, ATTORNEY FOR U.S. BANK TRUST, N.A.

### Disposition:

Stay is terminated for all purposes however a foreclosure cannot take place for 60 days as set forth on the record. The 14-day stay is waived. Order to be submitted by Movant.