**CSD 1159C** [07/01/18]

Name, Address, Telephone No. & I.D. No.
Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
Adam P. Thursby, Esq. (SBN 318465)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave
Santa Ana, CA 92705

Ph: (949) 427-2010
Fax: (949) 427-2732



Order Entered on October 16, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
JAMES CALWELL
NORMA O DAVIDSON CALWELL
                                    Debtor.

**LODGED**

BANKRUPTCY NO. 15-06028-LT13

US Bank Trust National Association as Trustee of the Igloo Series III Trust
                                    Movant(s)

RS NO. AT-1

v.
JAMES CALWELL
NORMA O DAVIDSON CALWELL
                                    Respondent(s)

Date of Hearing: 9/20/18
Time of Hearing: 10 A.M.
Name of Judge: Laura S Taylor

## ORDER ON
Movant US Bank Trust National Association as Trustee of the Igloo Series III Trust's Motion for Relief

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __4__ pages. Notice of Lodgment Docket Entry No. __98 & 1__09

//
//
//
//

DATED: October 15, 2018

_____
Judge, United States Bankruptcy Court

**CSD 1159C**

**CSD 1159C** [07/01/18]**(Page 2)**
ORDER ON     Movant US Bank Trust National Association as Trustee of the Igloo Series III Trust's Motion for Relief
DEBTOR:    JAMES CALWELL             CASE NO.: 15-06028-LT13
NORMA O DAVIDSON CALWELL       RS NO.: AT-1

Movant US Bank Trust National Association as Trustee of the Igloo Series III Trust's motion for relief from the automatic stay is granted. The automatic stay covering the subject property, commonly known as 3720 Via Del Conquistador, San Diego, CA 92117 (legal description attached as "Exhibit 1") is terminated as to the Movant for all purposes. The Movant shall not conduct a foreclosure sale within 60 days of the entry of this order.

# EXHIBIT "1"

**LEGAL DESCRIPTION**

Real property in the City of San Diego, County of San Diego, State of California, described as follows:

LOT 92 OF "DEANZA CRESTVIEW ESTATES", ACCORDING TO MAP THEREOF NO. 5353, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1964.

EXCEPTING ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER SAID LAND WITHOUT SURFACE RIGHT OF ENTRY ABOVE A DEPTH OF 500 FEET AS RESERVED BY LYTTON SAVINGS AND LOAN ASSOCIATION IN DEED RECORDED JULY 31, 1968 AS INSTRUMENT NO. 129233 OF OFFICIAL RECORDS.

APN: 425-600-04-00